## ADCOCK *v.* THE STATE.

COBB, J.　The evidence authorized the verdict, and there was no error requiring the granting of a new trial.

*Judgment affirmed. All the Justices concur.*

Argued December 19, 1904.— Decided January 26, 1905.

Accusation of carrying concealed weapon. Before Judge Foute. City court of Cartersville. November 4, 1904.

*James B. Conyers*, for plaintiff in error.
*Samuel P. Maddox, solicitor-general*, contra.